

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-13-00279-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 409th Judicial District Court |
| | § | |
| LUIS RAMOS, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 20110D01868) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order on reconsideration entering a judgment of acquittal and reinstate Appellant's conviction, in accordance with this Court's opinion. We further order this decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF JULY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.